# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN A. STEEL, | ) | No. CV 15-2281 FFM |
| Plaintiff, | ) ) | **JUDGMENT OF REMAND** |
| v. | ) ) | |
| CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration, | ) ) ) ) | |
| Defendant. | ) | |

The Court having entered an Order pursuant to Sentence 4 of 42 U.S.C. § 405(g),

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Order dated September 9, 2016.

DATED: September 9, 2016

                                                            /S/ FREDERICK F. MUMM  
                                                          FREDERICK F. MUMM  
                                                    United States Magistrate Judge