1  Denise Bourgeois Haley
   Attorney at Law: 143709
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  John A Steel

7

8             **UNITED STATES DISTRICT COURT**

9             **CENTRAL DISTRICT OF CALIFORNIA**

10

11 JOHN A STEEL,                    ) Case No.: 2:15-cv-02281-RGK-FFM
                                    )
12        Plaintiff,                ) [PROPOSED] ORDER AWARDING
                                    ) EQUAL ACCESS TO JUSTICE ACT
13    vs.                           ) ATTORNEY FEES AND EXPENSES
                                    ) PURSUANT TO 28 U.S.C. § 2412(d)
14 CAROLYN W. COLVIN, Acting        ) AND COSTS PURSUANT TO 28
   Commissioner of Social Security, ) U.S.C. § 1920
15                                  )
          Defendant                 )
16 _____   )

17

18    Based upon the parties' Stipulation for the Award and Payment of Equal

19 Access to Justice Act Fees, Costs, and Expenses:

20    IT IS ORDERED that fees and expenses in the amount of $4,617.00 as

21 authorized by 28 U.S.C. § 2412, and costs in the amount of $400.00 as authorized

22 by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

23 DATE: March 7, 2018

                           FREDERICK F. MUMM
24                         THE HONORABLE FREDERICK F. MUMM
                           UNITED STATES MAGISTRATE JUDGE
25

26

-1-

1. Respectfully submitted,
2. LAW OFFICES OF Lawrence D. Rohlfing
3. /s/ *Denise Bourgeois Haley*
   _____
4. Denise Bourgeois Haley
   Attorney for plaintiff John A Steel